```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 06 B 10194
   CHERYL A PLECKI BERNARD
                                                 CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-6936


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/21/06 and confirmed on 12/20/06.

   2.  The case was dismissed after confirmation, 11/30/2007.

   3.  The Debtor paid a total of $  19700.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | 13330.11 | .00 | 13330.11 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 15821.38 | .00 | .00 |
| AMERICAS SERVICING CO | SECURED | 4203.54 | .00 | 4203.54 |
| AMERICAN GENERAL FINANCE | SECURED | 156.70 | .00 | 156.70 |
| DAIMLER CHRYSLER FINANCI | SECURED | 813.89 | 233.27 | 813.89 |
| RIVERBROOK ESTATES HOA | SECURED | 810.25 | .00 | 88.70 |
| WILL COUNTY TREASURER | SECURED | 1240.00 | .00 | 122.23 |
| AMOCO OIL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | .00 | .00 | .00 |
| CREDIT FIRST NA | UNSECURED | 881.59 | .00 | .00 |
| CHASE | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 308.79 | .00 | .00 |
| GE MONEY BANK | UNSECURED | 432.93 | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | 497.90 | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 747.46 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1120.11 | .00 | .00 |
| VISA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 8233.18 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 4050.53 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 12357.71 | .00 | .00 |
| GE MONEY BANK | UNSECURED | 320.77 | .00 | .00 |

```
         Summary of disbursements:
-----------------------------------------------------------------------
          SECURED      PRIORITY      UNSECURED      OTHER      TOTAL
```

```
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      40426.40           .00      24900.44          .00    65326.84
PRINCIPAL PAID          18715.17           .00           .00          .00    18715.17
INTEREST PAID             233.27           .00           .00          .00      233.27
TOTAL PAID              18948.44           .00           .00          .00    18948.44
```

The Debtor's attorney, JEFF WHITEHEAD                  , was allowed $   2500.00
and was paid $     726.00   direct and $        .00   through the plan.

The Trustee received $      751.56 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 02/08/08                    /S/
                                                  GLENN STEARNS
                                                  CHAPTER 13 TRUSTEE